# Court of Appeals
# of the State of Georgia

ATLANTA,  October 30, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1105. FORSYTH COUNTY v. MICHAEL CHUNTA.**

This Court granted appellant Forsyth County's application for interlocutory appeal on February 9, 2023, for the purpose of considering whether the trial court correctly added Sheriff Ron Freeman as a party to the case under OCGA § 9-11-15 (c). We now dismiss this appeal as having been improvidently granted because appellant Forsyth County lacks standing to challenge this ruling since it prevailed in the trial court, having been granted a judgment in its favor. See *Clayton County Civil Service Board v. Hill*, 355 Ga. App. 348, 351 (844 SE2d 220) (2020) ("a party not aggrieved by a decision has no standing to appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/30/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*